**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| BRENDON D. HUDSON and<br>AMANDA L. JACOBS | : | CIVIL ACTION NO. _____ |
| VERSUS | : | JUDGE _____ |
| MICHAEL DALE GREENE,<br>REDNECK, INC., NATIONAL UNION<br>FIRE INSURANCE COMPANY<br>OF PITTSBURGH, PA., and STATE<br>FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY | : | MAGISTRATE JUDGE _____ |

## CERTIFICATE OF ENTIRE STATE COURT RECORD

**TO THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA:**

I, **ERIC W. ROAN**, counsel for defendants, **MICHAEL DALE GREENE and REDNECK, INC.**, do hereby certify that the following constitutes the entire State Court record of *"Brenon D. Hudson and Amanda L. Jacobs v. Michael Dale Greene, et al,"* civil action no. 2016-2965, Div. "B", filed in the 12th Judicial District Court, Avoyelles Parish, Louisiana:

(1) Petition for Damages and Request for Notice, filed on April 19, 2016;

(2) Interrogatories and Request for Production of Documents propounded to Michael Dale Greene, Redneck, Inc. and National Union Fire Insurance Company of Pittsburgh, PA, filed on April 19, 2016;

(3) Interrogatories and Request for Production of Documents propounded to State Farm Mutual Automobile Insurance Company, filed on April 19, 2016;

(4) Citation to Michael Dale Greene, filed on April 20, 2016;

(5)   Citation to Redneck, Inc., filed on April 20, 2016;

(6)   Citation to State Farm Mutual Automobile Insurance Company, filed on April 20, 2016;

(7)   Sheriff's Return of Service on State Farm Mutual Automobile Insurance Company, filed on April 26, 2016;

(8)   Affidavit of Service regarding Redneck, Inc. including Citation, correspondence and executed Certified Mail Return Receipt, filed on May 5, 2016;

(9)   Affidavit of Service regarding Michael Dale Greene. including Citation, correspondence and executed Certified Mail Return Receipt, filed on May 5, 2016;

(10)  State Farm Mutual Automobile Insurance Company's Answer to Petition for Damages and Request for Notice of Trial, filed on May 23, 2016;

(11)  Order regarding Jury Bond of State Farm Mutual Automobile Insurance Company, filed on May 23, 2016;

(12)  Answer and Request for Notice filed on behalf of Michael Dale Greene and Redneck, Inc., filed on June 2, 2016; and

(13)  Order regarding Jury Bond of Michael Dale Greene and Redneck, Inc., filed on June 2, 2016.

Lake Charles, Louisiana, this   6th   day of   July  , 2016.

                Respectfully submitted,

                /s/ Eric W. Roan
                **Eric W. Roan** - Bar # 22568
                PLAUCHE, SMITH & NIESET, L.L.C.
                A Limited Liability Company
                1123 Pithon Street
                P.O. Drawer 1705
                Lake Charles, LA 70602-1705
                (337) 436-0522
                Eroan@psnlaw.com
                *Attorney for defendants,* ***MICHAEL DALE GREENE and REDNECK, INC.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing **CERTIFICATE** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent via email and U.S. Mail to the following:

| | |
|---|---|
| **BRENON  D. HUDSON and AMANDA  L. JACOBS**<br>Both represented by:<br>Derrick G. Earles  (#29570)<br>David C. Laborde  (#20907)<br>Jeanne M. Laborde  (#24821)<br>Andrew B. Mims  (#33990)<br>Samuel J. Spurgeon  (#34773)<br>Shawn M. Bordelon  (#35049)<br>LABORDE EARLES LAW FIRM, LLC<br>306 N. Washington Street<br>P.O. Box 1559<br>Marksville, Louisiana 71351<br>Telephone:  (318) 253-3297<br>Facsimile: (318) 253-7757 | **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as UM/UIM insurer for Brenon D. Hudson**<br>Through its attorney,<br>Biana Chretien<br>LAW OFFICES OF JOHN ORTEGO<br>4023 Ambassador Caffery Parkway<br>Suite 100<br>Lafayette, LA   70503<br>Telephone:  (337) 988-7240 |

Lake Charles, Louisiana, this <u> 6th </u> day of <u>  July  </u>, 2016.

/s/ Eric W. Roan
**Eric W. Roan** - Bar # 22568